# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137446-7(92)

JEFFREY HENDEE, MICHAEL HENDEE,
LOUANN DEMOREST HENDEE, and
VILLAGE POINT DEVELOPMENT, LLC,
            Plaintiffs-Appellees,

v                                          SC: 137446-7
                                           COA: 270594; 275469
TOWNSHIP OF PUTNAM,                        Livingston CC: 04-020676-CZ
            Defendant-Appellant.
_____

        On order of the Chief Justice, the motion by defendant-appellant for extension to
June 25, 2009 of the time for filing their brief and appendix is considered and it is
GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009                          _____
                                                      Clerk